IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01030-RPM

NOBLE ASSET MANAGEMENT, LLC,

          Plaintiff,

v.

ALLOS THERAPEUTICS, INC., et al.,

          Defendants.

## Minute Order Entered by Senior District Judge Richard P. Matsch:

s/M.Virginia Wentz
    Secretary

A hearing on defendants' motion to dismiss is scheduled for **October 11, 2005, at 10:00 a.m.** in Courtroom A, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.

Dated:  August 12, 2005