IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01030-RPM-CBS

NOBLE ASSET MANAGEMENT, on behalf of itself and all others similarly situated,

        Plaintiff,

v.

ALLOS THERAPEUTICS, INC., and
MICHAEL E. HART,

        Defendant.
_____

ORDER OF RECUSAL
_____

On October 20, 2005, I ordered dismissal of this civil action pursuant to a

memorandum opinion of that date finding that the first amended complaint was

insufficient to state a claim under the Private Securities Litigation Reform Act and

Fed.R.Civ.P. 12(b)(6).  That dismissal was appealed to the Tenth Circuit Court of

Appeals.  On February 13, 2008, that court granted a joint motion for remand,

remanding the case to this court for the limited purpose of review and approval of a

settlement agreement.

On February 21, 2008, the parties filed a Stipulation and Agreement of

Settlement together with the plaintiff's Unopposed Motion for Preliminary Approval of

Settlement.  Upon review of Stipulation and Agreement of Settlement, and considering

this Court's previous experience with this civil action and other class actions, I am

unable to give fair consideration to evaluate the proposed settlement under

Fed.R.Civ.P. 23(e).  Accordingly, pursuant to 28 U.S.C. § 455 it is

ORDERED that this civil action shall be reassigned to another judge of this court by random draw.

DATED: February 26, 2008.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge