IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 04-cv-01030-WDM

NOBLE ASSET MANAGEMENT LLC,

    Plaintiff,

v.

ALLOS THERAPEUTICS, INC., et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Tara Acton's motion to withdraw is granted.

Dated: August 13, 2008

                                                  s/ Jane Trexler, Judicial Assistant